ACCEPTED
04-15-00127-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/30/2015 7:48:17 AM
KEITH HOTTLE
CLERK

# No. 04-15-00127-CV

IN THE COURT OF APPEALS OF TEXAS
FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

06/30/2015 7:48:17 AM

KEITH E. HOTTLE
Clerk

## EL CABALLERO RANCH, INC. and LAREDO MARINE, L.L.C.,

*Appellants/Defendants,*

vs.

## GRACE RIVER RANCH, L.L.C.,

*Appellee/Plaintiff.*

# APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

To the Honorable Justices:

Appellants El Caballero Ranch, Inc. and Laredo Marine L.L.C. respectfully request this Court grant them a 30 day extension to file their Reply Brief for the following reasons:

Appellee filed its Response Brief on June 22, 2015, making Appellants' Reply Brief due on July 13, 2015. Appellants request an additional 30 days, which, if granted, would make Appellants' Reply Brief due on August 12, 2015. Appellants require additional time to file a Reply Brief due to Appellants' appellate counsel's

1

simultaneously-existing briefing deadlines and trial settings.[1] This Court has previously granted Appellee's 30-day extension request, which was unopposed by Appellants. Thus, Appellants' respectfully request this Court grant their extension and order their Reply Brief due by August 12, 2015.

Respectfully submitted,

KELLER STOLARCZYK, PLLC
234 West Bandera Road #120
Boerne, Texas  78006
Tele: 830.981.5000
Facs: 888.293.8580
/s/Kimberly S. Keller
Kimberly S. Keller
SBN: 24014182
kim@kellsto.com

Annalyn G. Smith
SBN: 18532500
asmith@sr-llp.com
SCHMOYER REINHARD, LLP
17806 IH 10 West,
Suite 400
San Antonio, Texas 78257
Tele:  210.447.8033
Facs:  210.4478033

COUNSEL FOR APPELLANTS

---

[1]No. 14-0917, *City of Dallas v. Highway 205 Farms* (Texas Supreme Court) (Brief on the Merits); No. 15-0020, *In re Highway 205 Farms* (Texas Supreme Court) (Brief on the Merits); No. _____, *Randy K. Smith v. Lawrence Reid, et al.* (Texas Supreme Court) (Brief on the Merits); No. 06-500A, *Champee Springs Ranches Property v. Teal Trading Development, LP* (Kendall County) (trial).

**CERTIFICATE OF CONFERENCE & SERVICE**

I attempted to confer with opposing counsel on June 29, 2015, on this Motion but did not hear back with a position by the time this Motion was filed. I certify Appellants' Motion was served, on June 30, 2015, on the following via e-service/email or first class mail:

Steven C. Haley
MOORMAN, TATE, URQUHART, HALEY, UPCHURCH & YATES, L.L. P.
207 East Main Street
P. O. Box 1808
Brenham, Texas 77834-1808

John H. Patterson, Jr.
MONTEZ & PATTERSON
508 Thorton, Suite 4
Cotulla, Texas 78014
*Counsel for Grace River Ranch*

Donato D. Ramos & Donato D Ramos, Jr.
LAW OFFICES OF DONATO D. RAMOS
6721 McPherson
P.O. Box 452009
Laredo, Texas 78045
*Counsel for County of La Salle*

/s/Kimberly S. Keller
Kimberly S. Keller

.